UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEHROOZ HAGHANI HAFEZI, | Case No.: 3:26-cv-01398-CAB-JLB |
| Petitioner, | |
| v. | **ORDER GRANTING A WRIT OF HABEAS CORPUS** |
| CHRISTOPHER J. LAROSE, et al., | |
| Respondents. | |

Petitioner Behrooz Haghani Hafezi ("Petitioner"), a native and citizen of Iran, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] Petitioner alleges that he has lived under an order of supervised release for nearly twenty years after Respondents previously tried and failed to remove him to Iran. He also alleges he was re-detained without notice on December 10, 2025 when he reported for his regularly scheduled check-in with Immigration and Customs Enforcement.

Respondents have conceded that "[t]here is no evidence to suggest there is a significant likelihood that Petitioner will be removed in the reasonably foreseeable future" and therefore that they "do not oppose Petitioner's release from custody 'subject to supervision under regulations prescribed by the Attorney General.'" [Doc. No. 5 (emphasis removed).]

///

The Court therefore **GRANTS** a writ of habeas corpus and **ORDERS** Respondents to immediately release Petitioner Behrooz Haghani Hafezi under the same conditions of release that existed immediately prior to his December 10, 2025 detention.  The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: March 16, 2026

_____

Hon. Cathy Ann Bencivengo
United States District Judge

3:26-cv-01398-CAB-JLB